UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          NO. 2:04-00017
                                  )          JUDGE CAMPBELL
TRAVON GARDNER                    )


ORDER


Pending before the Court is Defendant's Motion to Extend Time for Filing Supplemental

Brief (Docket No. 211). The Motion is GRANTED.

The deadline to file any supplemental brief is extended to January 20, 2015.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE